# UNITED STATES DISTRICT COURT

# DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.H., etc., et al,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF LOS ANGELES, etc., et al.,<br><br>    Defendants. | Case No. CV 08-03909 DDP (CWx)<br><br>**ORDER EXTENDING DATES RE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Good cause appearing therefor, the dates for Opposition, Reply, and Hearing on defendants' Motion for Summary Judgment are each extended by two weeks to:

    Opposition:         July 6, 2010;
    Reply:              July 13, 2010;
    Hearing:            Monday, July 26, 2010 at 10 a.m.

Dated: June 17, 2010

_____
DEAN P. PREGERSON
United States District Judge

- 1 -